ACCEPTED
06-15-00010-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/17/2015 8:33:53 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00010-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/17/2015 8:33:53 AM

DEBBIE AUTREY
Clerk

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

LARRY JOE McNEAL, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE COUNTY COURT OF LAMAR COUNTY;
TRIAL COURT NO. 61963;
HONORABLE M.C. SUPERVILLE, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00010-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

———————————————————————————————

LARRY JOE McNEAL, Appellant

V.

THE STATE OF TEXAS, Appellee

———————————————————————————————

ON APPEAL FROM THE COUNTY COURT OF LAMAR COUNTY;
TRIAL COURT NO. 61963;
HONORABLE M.C. SUPERVILLE, JUDGE

———————————————————————————————

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

———————————————————————————————

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure

2

for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On June 17, 2015, Larry Joe McNeal (Neal), the appellant, filed his brief in the above-styled and numbered cause. As the appellee, the State's brief is currently due on or about July 17, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

## II.

This is an appeal from the County Court of Lamar County, Texas. In that Court, the cause number was 61963.

## III.

On or about January 16, 2015, the appellant filed his notice of appeal in this Court. The district clerk filed the Clerk's Record on or about February 27, 2015. The official court reporter filed the Reporter's Record on or about April 13, 2015.

The appellant, McNeal, filed his brief on June 17, 2015.

## IV.

The present deadline for filing the appellant's (State's) brief is Friday, July 17, 2015. Since the filing of the appellant's brief on June 17th, counsel

for appellee (State) was preparing the brief in cause numbers 06-15-00038-CR, 06-15-00039-CR and 06-15-00040-CR styled *Robert Brice Daugherty v. The State of Texas* in the Sixth Court of Appeals at Texarkana (filed on July 15, 2015 and set for submission on August 5, 2015).

In addition to the brief in the *Daugherty* appeal, counsel for the appellee (State) had criminal dockets, including the jury selection for a juvenile competency trial beginning on June 22, 2015 in a case styled *In the Interest of C.S.* and the jury trial beginning on June 26th. In that regard, counsel for the appellee (State) was also preparing for the certification hearing on July 17, 2015.

On July 7, 2015, counsel for the appellee (State) had a plea-bargain docket and met with defense attorneys for seventeen (17) inmates. On July 8th, counsel for the appellee (State) had a bench trial in cause numbers 26186 and 26122 styled *The State of Texas v. Adeli Carranza* in the Sixth Judicial District Court of Lamar County. On July 9, 2015, counsel for the appellee (State), as a special prosecutor, was attending the sentencing hearing in Sulphur Springs in *The State of Texas v. Daniel Winn* in Hopkins County, Texas.

Finally, counsel for the appellee (State) was preparing the budget for

next year and had two meetings with the County Judge and Commissioner's Court of Lamar County.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Monday, August 17, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Monday, August 17, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Monday, August 17, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
     Gary D. Young, County Attorney
     SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS     §
                  §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

SUBSCRIBED AND SWORN TO BEFORE ME on the 17th day of July, 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

6

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 17th day of July, 2015 upon the following:

Don Biard
McLaughlin, Hutchison & Biard
38 First Northwest
Paris, TX    75460

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us